UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT J. FISHER, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06163-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting the motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 27, 2021

_____
SALLIE KIM
United States Magistrate Judge