NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOELLE LEE, derivatively on behalf of The Gap, Inc,<br><br>              Plaintiff-Appellant,<br><br> v.<br><br>ROBERT J. FISHER; SONIA SYNGAL; ARTHUR PECK; AMY BOHUTINSKY; AMY MILES; ISABELLA D. GOREN; BOB L. MARTIN; CHRIS O'NEILL; ELIZABETH A. SMITH; JOHN J. FISHER; JORGE P. MONTOYA; MAYO A. SHATTUCK III; TRACY GARDNER; WILLIAM S. FISHER; DORIS F. FISHER; THE GAP, INC., Nominal Defendant,<br><br>              Defendants-Appellees. | No.   21-15923<br><br>D.C. No. 3:20-cv-06163-SK<br>Northern District of California, San Francisco<br><br>**ORDER** |

**MURGUIA**, Chief Judge.

      Oral argument in this en banc case will be held at 1:30 p.m. on Monday, December 12, 2022, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.