UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



NOELLE LEE, derivatively on behalf of The Gap, Inc,

     Plaintiff-Appellant,

 v.

ROBERT J. FISHER; SONIA SYNGAL; ARTHUR PECK; AMY BOHUTINSKY; AMY MILES; ISABELLA D. GOREN; BOB L. MARTIN; CHRIS O'NEILL; ELIZABETH A. SMITH; JOHN J. FISHER; JORGE P. MONTOYA; MAYO A. SHATTUCK III; TRACY GARDNER; WILLIAM S. FISHER; DORIS F. FISHER; THE GAP, INC., Nominal Defendant,

     Defendants-Appellees.

No. 21-15923

D.C. No. 3:20-cv-06163-SK
Northern District of California,
San Francisco

ORDER

Before: MURGUIA, Chief Judge, and S.R. THOMAS, IKUTA, NGUYEN, FRIEDLAND, R. NELSON, BADE, BRESS, FORREST, BUMATAY and MENDOZA, Circuit Judges.

  The full court has been advised of the petition for rehearing en banc before the full court and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35; Ninth Circuit General Order 5.8.

  Appellant's petition for rehearing en banc before the full court is DENIED (Doc. 100).